# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHANEY TIUMALU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 20-2193-KHV-GEB ) |
| GARDEN CITY COMMUNITY COLLEGE, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on Defendants' motion for a two-week extension of the time to Answer Plaintiff's Amended Complaint (**ECF No. 46**), and its later Motion to file its Answer instanter (**ECF No. 47**). Defendants' motion for extension was filed May 20, 2021, making Plaintiff's response deadline June 3, 2021. No response was filed by June 3, and as such the Court may grant the motion (ECF No. 46) as uncontested without further notice pursuant to D. Kan. Rule 7.4(b). Additionally, in its discretion, the Court finds good cause for the extension.

Because the Court grants Defendants' request for extension herein, it follows that Defendants are permitted to file their Answer. Therefore, Defendants' motion to file its Answer instanter (**ECF No. 47**) is also granted without further briefing.

**IT IS THEREFORE ORDERED** that Defendants' motion for a two-week extension of the time to Answer Plaintiff's Amended Complaint (**ECF No. 46**) is **GRANTED**, and Defendants' Motion to file its Answer instanter (**ECF No. 47**) is likewise

**GRANTED**. Defendants shall file its Answer using the Court's ECF system no later than **June 11, 2021**.

    **IT IS SO ORDERED.**

Dated at Wichita, Kansas this 4th day of June, 2021.

                                                    s/ Gwynne E. Birzer
                                                    GWYNNE E. BIRZER
                                                    United States Magistrate Judge