**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SHANEY TIUMALU, ) | |
|     Plaintiff ) | Case No. 2:20-cv-02193-KHV-GEB |
| ) | |
| GARDEN CITY COMMUNITY ) | |
| COLLEGE, et al. ) | |
|     Defendants. ) | |

### NOTICE OF DEPOSITION DUCES TECUM

PLEASE TAKE NOTICE that counsel for Plaintiffs will take the deposition of Greg Goheen, who Defendants' counsel is requested to produce, on July 6 ,2022, or another date mutually agreed upon by counsel, beginning at 9:00 a.m. at the offices of Brown & Curry, 1600 Genessee St., Suite 956, Kansas City, MO 64102 and continuing until completed before an authorized court reporter. The deposition will be conducted by video conference by agreement of the parties pursuant to Fed.R.Civ.P. 30(b)(4). The witness is requested to bring and provide for inspection and/or photocopying the following documents:

1. The witness's complete file, notes and all memoranda received or prepared concerning the Faculty Senate Report of May 8, 2018;

2. The witness's complete file, notes and all memoranda received or prepared concerning the above captioned lawsuit;

3. All reports prepared concerning the above captioned lawsuit and/or the witness's opinions in this case;

4. All records, materials and things provided to and obtained by the witness concerning the above captioned lawsuit and the witness's opinions in this case;

5. All time records, invoices and other billing documentation reflecting time spent and money charged in this case;

6. All correspondence (including letters, memos, emails and faxes) received by the witness and sent by the witness concerning the above captioned lawsuit and the witness's opinions in this case;

7. A copy of all authoritative sources reviewed and/or relied upon by the witness in association with the preparation of his opinions in this case; and

8. The witness's complete file, records, notes, materials and things provided to and obtained by the witness, and all memoranda received or prepared concerning the Report of Investigation into Report Presented to the Garden City Community College Board of Trustees by Garden City Community College Faculty Senate dated December 11, 2018.

Respectfully submitted,

/s/ Sarah A. Brown
Sarah A. Brown, KS #12130
Brown & Curry, LLC
1600 Genessee Street, Suite 956
Kansas City, MO 64102
Tel.: (816) 756-5458
Fax: (816) 666-9596
sarah@brownandcurry.com

and

Jean Lamfers, KS # 12707
Lamfers & Associates, LC
1600 Genessee Street, Suite 956
Kansas City, MO 64102
(913)962-8200
jl@lamferslaw.com

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I hereby certify the above Notice was filed on June 17, 2022 with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Sarah A. Brown