**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SHANEY TIUMALU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARDEN CITY COMMUNITY COLLEGE, ) <br> HERBERT J. SWENDER, ) <br> MERILYN DOUGLASS, BLAKE WASINGER, ) <br> JEFF CRIST, STEVE MARTINEZ, and ) <br> TERI WORF ) <br> Defendants. ) <br> _____) | CIVIL ACTION <br><br> No. 20-cv-02193-KHV |

## ORDER

On August 15, 2022, counsel for defendant notified the Court that the parties have reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that the Clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. On or before **September 16, 2022**, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure. If no such stipulation is received within the specified time and the parties have not moved to reopen the case for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, entry of final judgment and dismissal with prejudice of all claims and/or counterclaims under Rule 41(a)(2).

Should the parties move to reopen the case within the allotted timeframe, they should be prepared to proceed with trial on the previously scheduled date of February 27, 2023.

**IT IS SO ORDERED.**

Dated this 16 day of August, 2022 at Kansas City, Kansas.

                                                s/ Kathryn H. Vratil
                                                KATHRYN H. VRATIL
                                                United States District Judge