IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHANEY TIUMALU,<br><br>                    Plaintiff,<br><br>v.<br><br>GARDEN CITY COMMUNITY COLLEGE, HERBERT J. SWENDER, MERILYN DOUGLASS, BLAKE WASINGER, JEFF CRIST, STEVE MARTINEZ, and TERI WORF,<br><br>                    Defendants. | Case No.: 2:20-cv-02193-KHV-GEB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that all claims asserted in this lawsuit are hereby dismissed with prejudice and that the parties shall bear their own fees and costs.

/s/ Jean Lamfers (w/permission)
Jean Lamfers, KS #12707
Lamfers & Associates, L.C.
Sarah A. Brown, KS #12130
Brown & Curry, LLC
1600 Genessee Street, Suite 956
Kansas City, MO 64102
Telephone:  913-962-8200
jl@lamferslaw.com
sarah@brownandcurry.com

*Attorneys for Plaintiff*

/s/ Jeremy K. Schrag
Jeremy K. Schrag, KS #24164
Karly D. Weigel, KS #27670
Haley A. Phillips, KS #28135
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:  316-609-7900
jeremy.schrag@lewisbrisbois.com
karly.weigel@lewisbrisbois.com
haley.phillips@lewisbrisbois.com
*Attorneys for GCCC Defendants*

/s/ Ronald P. Pope (w/permission)
Ronald P. Pope, KS #11919
RALSTON, POPE & DIEHL, LLC.
2913 Maupin Lane
Topeka KS 66614-4139
Telephone:  785-273-8002
ron@ralstonpope.com
*Attorney for Herbert Swender*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2022, the above Stipulation of Dismissal was filed using the Court's CM/ECF system which will send notice to all counsel of record.

/s/ Jeremy K. Schrag
Jeremy K. Schrag
